Page Not Found









 










 
 
 
 
 
 
 
 
  
 
 
 
 
 
 
  
 
  
 


 
 
 


 
 
  
 
 
 
 
 
 

 
 
 
 
  
  
 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 We're sorry.  The page you are looking for is no longer available.
  
 Please make sure to delete your old 'bookmark' or 'favorite' for that page and create a new one.
 Redirecting to the homepage (10)
 
 
 
 
 
 
 
 
 
  
 
 

 
 
 
 
 
  
 
 



 
 
  
 
 
 
 
 
 
 
 
 
 Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 | (212) 857-8500